Case: 1:24-cv-11059 Document #: 1 Filed: 10/28/24 Page 1 of 5 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

OCT 28 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Elmer H. McCaskill )
_____ )
_____, )
 )
Plaintiff(s), )
 ) 1:24-cv-11059
 ) Judge Steven C. Seeger
vs. ) Magistrate Judge David Weisman
NORTHERN TRUST COMPANY & ) Cat 2 IC
CIRCUIT COURT OF COOK COUNTY ILLINOIS ) Random Assignment
_____ )
CHANCERY DIVISION )
_____, )
 )
 )
Defendant(s). )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is __Elmer H. McCaskill_____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **NORTHERN TRUST COMPANY & CIRCUIT COURT OF COOK COUNTY ILLINOIS CHANCERY DIVISION**, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Cook County**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **10/18/1994**, at approximately **10:00** ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of **CIRCUIT COURT OF COOK COUNTY CHANCERY DIVISION**, in the County of **Cook**,
State of Illinois, at **50 W. Washington Street, Chicago Illinois 60602**,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other:

_____

_____

2

Case: 1:24-cv-11059 Document #: 1 Filed: 10/28/24 Page 3 of 5 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): The defendants unlawfully took my private property by using 735 ILCS 5/15-1504.5 to fraudulently foreclose and take my private home and the CIRCUIT COURT OF COOK COUNTY ILLINOIS CHANCERY DIVISION did nothing to protect my common law rights protected by the United States Constitution.

8. Plaintiff was charged with one or more crimes, specifically: Foreclosure is the claim NORTHERN TRUST COMPANY filed against me, and the CIRUIT COURT OF COOK COUNTY ILLINOIS CHANCERY DIVISION did not protect me or my private property although these State Administrative Officers took an oath of office to do.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

    ☒ Other: The case was granted to the NORTHERN TRUST COMPANY October 18, 1994 to take my private property.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

NORTHERN TRUST COMPANY did not give any consideration in the unilateral contract deal regarding my private home located at 14515 Kimbark Avenue in Dolton Illinois [60419]. NORTHERN TRUST COMPANY filed this fraudulent claim in the CIRCUIT COURT OF COOK COUNTY ILLINOIS CHANCERY DIVISION and this venue State Administrative Officers not only allowed NORTHERN TRUST COMPANY to file the fraudulent claim, the CIRCUIT COURT OF COOK COUNTY ILLINOIS CHANCERY DIVISION did not protect me from the fraudulent claim because they were in on the organized crime of taking land from the American people. These agents working for these agencies has always been coming up with ways to take the land from we the people. This is organized crime, racketeering, and willful & wanton conduct on behalf of these defendants. They know better yet they do it anyway is the reason I am looking for punitive damages Pursuant UCC 9-102 (a)(65) the promissory note is not an order to pay anything back and the CIRCUIT COURT OF COOK COUNTY ILLINOIS CHANCERY DIVISION overlooks this fact, and always have.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

My private home was taken from me, and these defendants made me homeless when they were supposed to protect me from all harm domestic and foreign.

13. Plaintiff asks that the case be tried by a jury.   ☒ Yes   ☐ No

4

Case: 1:24-cv-11059 Document #: 1 Filed: 10/28/24 Page 5 of 5 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Elmer H. McCaskill

Plaintiff's mailing address: c/o 3013 201st Place

City Lynwood  State Illinois  ZIP [60411]

Plaintiff's telephone number: ( 708 ) 243-7530

Plaintiff's email address *(if you prefer to be contacted by email)*: elmermccaskill@comcast.net

15. Plaintiff has previously filed a case in this district.  ☐ Yes ☒ No

    *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]