ILND 450 (Rev. 10/13) Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ELMER H. MCCASKILL,

Plaintiff(s),

v.

NORTHERN TRUST COMPANY, et al.,

Defendant(s).

Case No. 24-cv-11059
Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒    other: The complaint is frivolous and is hereby dismissed with prejudice. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge Steven C. Seeger presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger see Court's Order dated 4/3/2025. (See Dckt. No. [10])

Date:   4/3/2025

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk